IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. M. Keith Hodges, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 09-0583 (RBW) |
| CVS CAREMARK CORPORATION and BLUE CROSS AND BLUE SHIELD ASSOCIATION, | ) ) ) ) | **FILED UNDER SEAL** |
| Defendants. | ) ) ) | |

THE GOVERNMENT'S NOTICE OF ELECTION TO
DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim under 31 U.S.C. § 3730(e)(4). The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the

attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

TONY WEST
Assistant Attorney General

_____
RONALD C. MACHEN, JR. DC Bar #447889
United States Attorney

_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
District of Columbia
501 3rd Street, NW - E-4808
Washington, DC 20530
Tel: (202) 514-1334

/s/
_____
JOYCE R. BRANDA
ALAN E. KLEINBURD
ALLIE PANG
Attorneys, United States Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-6846
Fax: (202) 305-4117

DATED: 7/26/2010

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. M. Keith Hodges,<br><br>Plaintiff,<br>v.<br><br>CVS CAREMARK CORPORATION and<br>BLUE CROSS AND BLUE SHIELD<br>ASSOCIATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>09-0583 (RBW)<br><br><br>**FILED UNDER SEAL** |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1.  the complaint be unsealed and served upon the defendants by the relator;

2.  all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3.  the seal be lifted as to all other matters occurring in this action after the date of this Order;

4.  the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5.  the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,


_____
UNITED STATES DISTRICT JUDGE

Dated: _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2010, a true and correct copy of the above and foregoing: The Government's Notice of Election to Decline Intervention and accompanying proposed Order has been sent by U.S. Mail, postage pre-paid to:

Vincent McKnight, Jr., Esq.
McKnight & Kennedy, LLC
8601 Georgia Avenue
Suite 1010
Silver Spring, MD 20910

This action is under seal pursuant to 31 U.S.C. § 3729, et seq.

Heather Graham-Oliver
Assistant United States Attorney
555 Fourth Street, N.W., Room 4-4820
Washington, D.C.  20530
202-305-1334